FILED

04/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0066

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0066

_____

MICHELLE C. GABLE,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

                                    O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kathy Seeley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 8 2020